Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-682**

**Effective Date of Registration:**
June 26, 2025
**Registration Decision Date:**
August 04, 2025

## Title

    **Title of Work:** Let My Spirit Soar

## Completion/Publication

    **Year of Completion:** 1984
    **Date of 1st Publication:** March 31, 1984
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Bev Doolittle
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Bev Doolittle
    487 W Shinava Drive,, Ivins, UT, 84738-6342, United States

## Rights and Permissions

    **Organization Name:** Looking Good Licensing, LLC
    **Name:** Paul Wheeler, Jr
    **Email:** paul@lookinggoodlicensing.com
    **Telephone:** (802)362-4882
    **Alt. Telephone:** (860)248-9838
    **Address:** PO Box 236,
    Manchester, VT 5254 United States

## Certification

**Name:** David Denholm
**Date:** June 26, 2025
**Applicant's Tracking Number:** BD2025062601



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-183**

**Effective Date of Registration:**
June 26, 2025

**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Season of the Eagle

## Completion/Publication

**Year of Completion:** 1987
**Date of 1st Publication:** November 30, 1987
**Nation of 1st Publication:** United States

## Author

- **Author:** Bev Doolittle
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Bev Doolittle
487 W Shinava Drive,, Ivins, UT, 84738-6342, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC
**Name:** Paul Wheeler, Jr
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** PO Box 236,
Manchester, VT 5254 United States

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** June 26, 2025
**Applicant's Tracking Number:** BD2025062602

Case: 1:25-cv-15682 Document #: 1-1 Filed: 12/29/25 Page 7 of 10 PageID #:15



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-186**

**Effective Date of Registration:**
June 26, 2025
**Registration Decision Date:**
July 31, 2025



## Title

| | |
|---|---|
| **Title of Work:** | The Forest Has Eyes |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1984 |
| **Date of 1st Publication:** | August 31, 1984 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Bev Doolittle |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bev Doolittle |
| | 487 W Shinava Drive,, Ivins, UT, 84738-6342, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC |
| **Name:** | Paul Wheeler, Jr |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | PO Box 236, |
| | Manchester, VT 5254 United States |

## Certification

Page 1 of 2

**Name:** David Denholm
**Date:** June 26, 2025
**Applicant's Tracking Number:** BD2025062604

