**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BEV DOOLITTLE,

    Plaintiff,                                                  Case No.: 1:25-cv-15682

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | zhengfujie |
| 2 | TUẤN KIÊN KUFUBANDA TORO SHOP22222222222222 |
| 3 | guang ying poster |
| 4 | JGP poster |
| 5 | yuanquxianbaofengshangmaoyouxiangongsi |
| 6 | zhi xiong Transformation poster |
| 7 | LINXIAOposter |
| 8 | AEFXH520C |
| 9 | Zheng Liyong Kim |
| 10 | SAJ655 |
| 11 | Zetian alone is bright |
| 12 | xiongnaiya2606 |
| 13 | AEMXAA2XJ |
| 14 | zaiyiyouxiangongsi |
| 15 | 井开区袁朝商贸 |
| 16 | xuankai18477 |
| 17 | jintaoshop |
| 18 | CuiHengYuan Poster |
| 19 | Oriental Rhyme Store |
| 20 | Meiarec ace |
| 21 | linjinhongsb |
| 22 | yangshun art |

| 23 | 岚谭 |
|----|------|
| 24 | hnpyhuipengstore |
| 25 | yanchuan |
| 26 | Guo juanxian |
| 27 | Freedom Fish Art |
| 28 | Lonely Poster |
| 29 | Houhongying |
| 30 | Mind Romantic Poster |
| 31 | CYM Decoration Aesthetics |